IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 4-19-05
TIME: 10:00 Am
INITIALS: J.H.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Cr. No. 04-20309-D

ROBERT LORD,

    Defendant.

## ORDER RESERVING RIGHT TO APPEAL

On April 19, 2005, defendant Robert Lord, with the approval of the Court and the United States entered a conditional plea of guilty in the above cause, and reserved the right to appeal the denial of his motion to suppress evidence pursuant to Rule 11(a)(2) of the Federal Rules of Criminal Procedure.

It is so ORDERED, ADJUDGED AND DECREED this 19th day of April, 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-20-05

(44)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:04-CR-20309 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT