IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              Cr. No. 04-20309-D

ROBERT LORD,

    Defendant.

## ORDER

CONSIDERING THE Unopposed Motion to Amend Conditions of Pre-trial, it is hereby Ordered, Adjudged and Decreed that:

The conditions of pretrial release in the above captioned matter are hereby modified to allow Defendant to travel to the following locations for the purpose of employment:

1. Westpoint, MS,
2. Tupelo, MS,
3. Osceola, AR,
4. Hot Springs, AR,
5. Jonesboro, AR,
6. Searcy, AR,
7. Truman, AR.

                                            _____ 5-2-2005
                                            UNITED STATES JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-2-05

(47)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20309 was distributed by fax, mail, or direct printing on May 2, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT