IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY /s/ ___ D.C.

05 JUN 30 PM 3:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                          Cr. No. 04-20309-D

ROBERT LORD,

      Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION
### TO CONTINUE SENTENCING HEARING

---

For good cause shown, the Court hereby **GRANTS** defendant's Motion to Continue the Sentencing Hearing currently set to be heard July 18, 2005. The Sentencing Hearing is hereby **RESET** for _Wednesday, August 17, 2005 at 1:30 pm_.

**IT IS SO ORDERED**, this the _30_ day of _June_, 2005.

_____
JUDGE BERNICE B. DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-1-05_

50

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:04-CR-20309 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT