IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 26 AM 6: 43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Cr. No. 04-20309-D |
| ROBERT LORD, | |
| Defendant. | |

## ORDER

IT IS HEREBY ORDERED, after consideration of the Motion for Bond Pending Appeal, it's Memorandum in Support and the opposition, if any, filed by the United States that the Motion for Bond Pending Appeal _____ IS __✓__ IS NOT granted

THE HONORABLE BERNICE B. DONALD
UNITED STATES JUDGE

5

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-26-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:04-CR-20309 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT