IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| Plaintiff | ) |
| v. | ) Case No. 04-20309 D |
| | )<br>) |
| ROBERT LORD, | )<br>) |
| Defendant | )<br>) |

## ORDER

Considering the Motion to Withdraw as Counsel for Purposes of Appeal, it is hereby Ordered, Adjudged, and Decreed that:

Lee Gerald, Counsel for Defendant is HEREBY removed from further representation of Robert Lord. The Court finds on statements of Defendant and the pre-sentence report that Defendant is indigent. Accordingly, the Court instructs that Criminal Justice Act counsel be appointed to prosecute Defendant's appeal.

IT IS SO ORDERED this 25 day of August, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-26-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CR-20309 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT