FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
__WESTERN__ DIVISION

05 DEC -1 AM 11: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No. __04cr20309-D__ |
| ROBERT LORD_____, | |
| Defendant. | |

### ORDER REFUNDING CASH APPEARANCE BOND

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and, the Clerk is directed to issue a check on the Registry in the sum of $__1000__, payable to __ROBERT EISELE__ at __10620 SW 27th Ave J-9, Ocala, FL 34476__
             (Name)                            (Address)

in full refund of the cash appearance bond posted herein.

_____
United States District Judge

Approved.
Thomas M. Gould, Clerk of Court

BY: _____
     Deputy Clerk



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CR-20309 was distributed by fax, mail, or direct printing on December 5, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Honorable Bernice Donald
US DISTRICT COURT